# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2930
_____

ANTONIO JOHNSON,

Petitioner,

v.

DAVID MADDOX, Warden,
Apalachee Correctional Inst.,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceeding.

January 29, 2025

PER CURIAM.

The court dismisses the petition for failure to state a preliminary basis for relief. The court also warns the petitioner that any future filings determined to be frivolous may result in the imposition of sanctions, including a prohibition against any further *pro se* filings in this court and a referral to the appropriate institution for disciplinary procedures. *See* § 944.279, Fla. Stat. (2024).

KELSEY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Antonio Johnson, pro se, Petitioner.

Dan Johnson, General Counsel, and Kelly R. Forren, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.